MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN E. BADGER (CABN 124365)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7199
   Facsimile:  (415) 436-7234
   Email: Susan.Badger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12 0441 EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING FROM JULY 25, 2012 TO AUGUST 29, 2012 DUE TO DEFENSE COUNSEL'S MEDICAL MATTER AND FINDING OF EXCLUDABLE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| SAMEER NICOLA KHOURY, a/k/a SAMEER KHOURY, | |
| Defendant. | |

      Defendant Sameer Khoury, by his Counsel, Steven F. Gruel, and the United States of American, by its Counsel, Assistant United States Attorney Susan E. Badger, hereby respectfully request that the court date currently scheduled for July 25, 2012 be continued to August 29, 2012 at 2:00 p.m., or as soon thereafter as is convenient for the Court. The good cause for this request is due to defense counsel's medical matter which has rendered him temporarily disabled. Specifically, in late March 2012, Mr. Gruel received outpatient care for a torn retina. Recovery was interrupted when on June 18, 2012 the retina continued to tear and unexpectedly detached. Mr. Gruel received emergency surgery for

STIP. & [PROP.] ORDER
CR 12 0441 EMC

the detached retina with a procedure involving placing a "buckle" around the eye and also injecting a gas bubble in the eye. Mr. Gruel's surgeons consider him temporarily disabled. The left eye remains swollen shut and will be for at least another 3 to 4 weeks. He has limited reading and typing ability. Travel is restricted and he is prohibited from flying because of the gas bubble. Mr. Gruel's next check-up with the surgeons is scheduled for July 25, 2012. While Mr. Gruel has informed his client of his medical emergency, he has been able to do very little in preparing and investigating the defendant's case because of his temporary disability

The government does not oppose this defense request.

Based on the above, it is also stipulated that the need for continuity of counsel and the effective preparation of counsel provide grounds for a finding of excludable time under the Speedy Trial Act (Title 18, United States Code, Section 3161) until August 29, 2012.

Respectfully submitted,

Dated:   July 24, 2012         MELINDA HAAG
                               United States Attorney

                                     /s/
                               SUSAN E. BADGER
                               Assistant United States Attorney

Dated: July 24, 2012                 /s/
                               STEVEN GRUEL
                               Counsel for Defendant
                               Sameer Nicola Khoury

STIP. & [PROP.] ORDER
CR 12 0441 EMC                       2

[PROPOSED] ORDER

For good cause appearing, IT IS HEREBY ORDERED THAT the status hearing in the above-captioned case is continued from July 25, 2012 to August 29, 2012 at 2:00 p.m. IT IS FURTHER ORDERED THAT, in light of the reasons necessitating the request for the continuance, the time from July 25, 2012 to August 29, 2012 is excluded from the time requirements of the Speedy Trial Act, 18 U.S.C. § 3161, in order to provide the defendant with continuity of counsel and defense counsel with reasonable time for effective preparation, taking into account due diligence.

18 U.S.C. § 3161(h)(7)(A) and (B)(v).

IT IS SO ORDERED.

Dated:  7/25/12

EDWARD
United Sta

*IT IS SO ORDERED*
*Judge Edward M. Chen*

STIP. & [PROP.] ORDER
CR 12 0441 EMC                           3