STEVEN F. GRUEL (CSBN 213148)

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Sameer Khoury

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-12-0441-EMC |
| | ) |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) CONTINUING SENTENCING DATE FROM |
| | ) DECEMBER 19, 2012 TO JANUARY 30, |
| Vs. | ) 2013 |
| | ) |
| SAMEER KHOURY, | ) Honorable Edward M. Chen |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Defendant Sameer Khoury, by his Counsel, Steven F. Gruel, and the United States of

American, by its Counsel, Assistant United States Attorney Susan E. Badger, hereby respectfully

requests that that the sentencing date currently scheduled for December 19, 2012, be continued to

January 30, 2013 at 2:00 p.m., or as soon thereafter as is convenient for the Court. The good

cause for this request is due to defense counsel's recovery from eye surgery now involves an

*Stipulation and [Proposed] Order Continuing Sentencing Date*

additional operation for cataract removal from his left eye and counsel's vision continues to be impaired.  The government and the United States Probation Officer assigned to this case do not oppose this defense request.

SO STIPULATED.


Dated:  November 26, 2012        ____/s/_____
                                  STEVEN F. GRUEL
                                  Attorney for Sameer Khoury


Dated:  November 26, 2012        ____/s/_____
                                  SUSAN E. BADGER
                                  Assistant United States Attorney


                    [PROPOSED] ORDER

                                                          12
PREDICATED on the above Stipulation, the sentencing date is continued from December 19, 2012 to January 30, 2013 at ~~2:00 p.m.~~   2:30 p.m.


IT IS SO ORDERED.


Dated:     11/29/12          _____
                             HONORABLE
                             United States D

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Stipulation and [Proposed] Order Continuing Sentencing Date*